# EXHIBIT A



**Service of Process Transmittal**
11/02/2020
CT Log Number 538510150

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** Process Served in Texas

**FOR:** Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | JERRI MESTER, Pltf. vs. TARGET CORPORATION, Dft. // To: Target Corporation |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # 202066768 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Dallas, TX |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 11/02/2020 postmarked: "Not Post Marked" |
| JURISDICTION SERVED: | Texas |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 11/02/2020, Expected Purge Date: 11/07/2020<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / PP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**MARILYN BURGESS**

HARRIS COUNTY DISTRICT CLERK
P.O. Box 4651
HOUSTON, TEXAS 77210-4651

CERTIFIED MAIL

7019 2280 0000 0782 0002

TARGET CORPORATION
BY SERVING ITS REGISTERED AGENT
C T CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS, TEXAS 75201
2020-66768 55TH

CAUSE NO. 202066768

RECEIPT NO. 916328                    75.00        CTM
\*\*\*\*\*\*\*\*\*                                TR # 73803559

| PLAINTIFF: MESTER, JERRI | In The   55th |
| vs. | Judicial District Court |
| DEFENDANT: TARGET CORPORATION | of Harris County, Texas |
| | 55TH DISTRICT COURT |
| | Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: TARGET CORPORATION ( IS A FOREIGN LIMITED LIABILITY CORPORATION)
    MAY BE SERVED BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM

    1999  BRYAN STREET SUITE  900 DALLAS  TX  75201

    Attached is a copy of PLAINTIFFS ORIGINAL PETITION AND FIRST SET OF DISCOVERY REQUESTS
    TO DEFENDANTS

This instrument was filed on the 19th day of October, 2020, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 21st day of October, 2020, under my hand and
seal of said Court.



Issued at request of:                          MARILYN BURGESS, District Clerk
KEATING, LANDON STEPHON                         Harris County, Texas
15825  SH 249, STE. 35                          201 Caroline, Houston, Texas 77002
HOUSTON, TX  77086                              (P.O. Box 4651, Houston, Texas 77210)
Tel: (832) 596-4030
Bar No.: 24086647                               Generated By: MOMON, RHONDA   HWP//11606513

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
 PLAINTIFFS ORIGINAL PETITION AND FIRST SET OF DISCOVERY REQUESTS
to the following addressee at address:


_____              _____
                                             ADDRESS

_____              Service was executed in accordance with Rule 106
(a)ADDRESSEE                                    (2) TRCP, upon the Defendant as evidenced by the
                                                return receipt incorporated herein and attached
_____                 hereto at

                                             _____
                                             on _____ day of _____, _____
                                             by U.S. Postal delivery to _____
                                             _____

                                             This citation was not executed for the following
                                             reason: _____


                                             MARILYN BURGESS, District Clerk
                                             Harris County, TEXAS

                                             By _____, Deputy


N.INT.CITM.P                              **\*73803559\***